IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HECTOR JAVIER LOZANO-DE LOS CABOS,
REG. #19667-179                                                                                    PETITIONER

v.                                            4:05CV00772JMM

LINDA SANDERS                                                                                  RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 18th day of August, 2005.


_____
United States District Judge