IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HECTOR JAVIER LOZANO-DE LOS CABOS                               PETITIONER

VS.                      CASE NO. 4:05CV00772 JMM

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                     RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 10th day of November, 2005.


_____
UNITED STATES DISTRICT JUDGE