IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HECTOR JAVIER LOZANO-DE LOS CABOS                                         PETITIONER

VS.                          CASE NO. 4:05CV00772 JMM

LINDA SANDERS, Warden
FCI, Forrest City, Arkansas                                                        RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief prayed for is denied.

SO ADJUDGED this 10th day of November, 2005.


_____
UNITED STATES DISTRICT JUDGE